# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO.  4:05CR00213-003 SWW

ANTERRYO JERMAINE TODD

### ORDER

A hearing was conducted on July 12, 2006, on the above defendant's motion to suppress physical evidence in this matter.  After evidence was presented and arguments by counsel, the Court stated its findings, and for the reasons set forth on the record, found that defendant's motion should be denied.

IT IS THEREFORE ORDERED that the motion to suppress filed by defendant Anterryo Jermaine Todd hereby is denied.

DATED this 13th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE