**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | NO:  4:05CR00213-03   SWW |
| VS. | * | |
| | * | NO:  4:09CV00235     SWW |
| | * | |
| ANTERRYO JERMAINE TODD | * | |
| | * | |

**ORDER**

By order entered June 11, 2009, the Court dismissed Defendant Anterryo Jermaine Todd's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, finding that the record conclusively shows that he is not entitled to relief.  On July 14, 2009, Defendant Todd filed a notice of appeal and a motion for a certificate of appealability (docket entry #173). After careful consideration, the motion for a certificate of appealability will be denied.

Before Defendant Todd may appeal the denial of his § 2255 motion, a certificate of appealability must issue.  Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. A "substantial showing of the denial of a constitutional right" requires a demonstration "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)).

For the reasons thoroughly discussed in the Court's order denying Defendant Todd's

motion to vacate, set aside or correct his sentence, the Court concludes that the Defendant has not made a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c).

IT IS THEREFORE ORDERED that Defendant Anterryo Jermaine Todd's motion for a certificate of appealability (docket entry #173) is DENIED.

IT IS SO ORDERED THIS 21ST DAY OF JULY, 2009

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE