**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                    **4:05-CR-00213-JM**

**ANTERRYO JERMAINE TODD**

## ORDER

Pending is Defendant's pro se motion for early termination of his term of supervised release.  (Doc. No. 205). After consideration of the memorandum submitted by Defendant's probation officer recommending denial of the motion, and after consideration of the factors set forth in 18 U.S.C §3553(a), the Court is not satisfied that early termination is warranted by the conduct of the defendant or is in the interest of justice.

THEREFORE, the motion for early termination (Doc. No. 205) is DENIED.

IT IS SO ORDERED this 29th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE